O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH EDWARDS JR., <br><br> Petitioner, <br><br> v. <br><br> WANDA WILSON, Warden, <br><br> Respondent. | Case No. CV 11-8979 SJO (JCG) <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination. No objections to the Report and Recommendation have been filed.[1]

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;

---

[1] Petitioner's address of record is CDC G-42715, California Men's Colony State Prison, P.O. Box 8101, San Luis Obispo, CA 93409. [*See* Dkt. No. 30.] However, mail sent to Petitioner at that address has been returned undelivered by the U.S. Postal Service. [*See* Dkt. No. 52.] Petitioner has failed to apprise the Court of any change of address, as mandated by Local Rule 41-6. *See* L.R. 41-6; [Dkt. No. 6 at 5]. Thus, the Court notes that Petitioner's First Amended Petition, [Dkt. No. 33], is also subject to dismissal for failure to prosecute. *See Hidalgo-Chavez v. Holder*, 2013 WL 1247655, at *1 (C.D. Cal. Mar. 25, 2013).

1    2.    Judgment be entered denying the Petition and dismissing this action with
2 prejudice; and
3    3.    The Clerk serve copies of this Order on the parties.
4    Additionally, for the reasons stated in the Report and Recommendation, the
5 Court finds that Petitioner has not made a substantial showing of the denial of a
6 constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v.*
7 *Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate of
8 appealability.

DATED: April 6, 2015.

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE