O/JS-6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH EDWARDS JR., | Case No. CV 11-8979 SJO (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| WANDA WILSON, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: April 8, 2015          *S. James Otero*

HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE